UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TEENA FOY,

      Plaintiff,

v.

FLORIDA COMMISSION ON
OFFENDER REVIEW, and
MELINDA N. COONROD, Chairperson
and Commissioner, Florida Commission
on Offender Review, in her Official
Capacity,

      Defendants.

_____/

Case No. 4:24-cv-00140

MOTION TO APPEAR
*PRO HAC VICE*

      Pursuant to Local Rule 11.1(C), Plaintiff, Teena Foy, through the undersigned counsel, respectfully moves or the admission *pro hac vice* of Carrie A. Goldberg, a licensed member of the New York Bar. Attorney Goldberg has undertaken the representation of Plaintiff in this matter as co-counsel. In support of this motion, Plaintiff states as follows:

      1.    Attorney Goldberg resides in New York, is not a resident of the State of Florida, and is not admitted to practice in the Northern District of Florida.

      2.    Attorney Goldberg is the Founder of the law firm of C.A. Goldberg, PLLC, 16 Court Street, Brooklyn, New York 11241, and regularly practices law in New York.

1

3. Attorney Goldberg is admitted to and is an active member in good standing of the bars of the jurisdictions identified in **Exhibit A**, and a current Certificate of Good Standing from the Appellate Division of the Supreme Court of the State of New York is attached as **Exhibit B**.

4. Attorney Goldberg has complied with the requirements of Local Rule 11.1(E) by completing the Attorney Admission Tutorial and exam on March 25, 2024. Her confirmation number is FLND17113881301533.

5. Attorney Goldberg studied and is familiar with the Local Rules of this District.

6. Attorney Goldberg has an active, upgraded PACER account. She requests authorization to receive electronic notices of filing. Her email address is Carrie@cagoldberglaw.com.

7. Attorney Goldberg will pay the required $208.00 *pro hac vice* filing fee for this case at the time of filing.

Wherefore, Plaintiff respectfully requests that the Court permit Carrie A. Goldberg to appear *pro hac vice*.

Dated: March 26, 2024.        Respectfully submitted,

<div style="margin-left:2em">

/s/ Carrie A. Goldberg

Carrie Goldberg
  (*Pro Hac Vice* Pending)
C.A. Goldberg, PLLC
16 Court Street, 33rd Floor
Brooklyn, NY 11241
Tel: (646) 666-8908
Carrie@cagoldberglaw.com

*Attorneys for Plaintiff*
*Teena Foy*

</div>

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 25, 2024, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

/s/ Carrie A. Goldberg

Carrie Goldberg
  *(Pro Hac Vice* Pending)
C.A. Goldberg, PLLC
16 Court Street, 33rd Floor
Brooklyn, NY 11241
Tel: (646) 666-8908
Carrie@cagoldberglaw.com

*Attorneys for Plaintiff
Teena Foy*

4

# EXHIBIT A

**Courts and Admission Dates for Carrie Goldberg, Esq** (Licensed in NYS, Bar No: 4542411)

1. New York Supreme Court, Appellate Div., First Dept. October 22, 2007
2. Supreme Court of the United States May 14, 2018
3. U.S. Court of Appeals, Second Circuit February 21, 2018
4. United States District Court – Southern District of New York May 27, 2014
5. United States District Court – Eastern District of New York May 27, 2014
6. Northern District NY; July 7, 2021
7. US Court of Appeals for the 9th Circuit Sept 13, 2023

# EXHIBIT B



## Appellate Division of the Supreme Court
## of the State of New York
## First Judicial Department

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Carrie Ann Goldberg

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **October 22, 2007**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on March 12, 2024.

*Susanna M. Rojas*
Clerk of the Court

CertID-00164789