UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TEENA FOY,

    Plaintiff,                           Case No. 4:24-cv-00140-MW-MAF

    v.

FLORIDA COMMISSION ON
OFFENDER REVIEW, and
MELINDA N. COONROD, Chairperson
and Commissioner, Florida Commission
on Offender Review, in her Official
Capacity,

    Defendants.
_____/

## DEFENDANTS' NOTICE REGARDING THE POTENTIAL TESTIMONY OF SCOTT GRAHAM-FOY

Pursuant to this Court's April 11, 2024, Order Setting Deadlines for Preliminary Injunction, (Dkt. No. 17), the Defendants notify the Court as follows:

Defendants object to the testimony of Scott Graham-Foy on the basis that Plaintiff failed to include the sworn statement of Scott Graham-Foy in support of her Motion for Preliminary Injunction as required by Rule 6(c)(2), Federal Rules of Civil Procedure. Defendants will not have an adequate opportunity to prepare its response without knowing the specific testimony Plaintiff intends to elicit from Scott Graham-Foy at the hearing, or how that testimony bears on Plaintiff's Motion for Preliminary Injunction. The undersigned certifies that she conferred with Plaintiff's counsel regarding the above, but the parties were not able to reach an agreement on

Defendants' objections.

If Defendants' objections are overruled, Defendants accept the Court's proposed plan of having Scott Graham-Foy testify via zoom and Plaintiff leaving the courtroom during his testimony.

Respectfully submitted,

ASHLEY MOODY
ATTORNEY GENERAL

*/s/ Christine E. Lamia*
Christine E. Lamia (FBN 745103)
Special Counsel
Complex Litigation Division
Office of the Attorney General
PL - 01, The Capitol
Tallahassee, Florida 32399-1050
Christine.Lamia@myfloridalegal.com
ComplexLitigation.eservice@myfloridalegal.com
850-414-3300
Counsel for Florida Commission on Offender Review and Melinda N. Coonrod

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 19, 2024, a true and correct copy of this document was filed electronically with the Clerk of Court and has been served on the parties through the CM/ECF system.

Marc J. Randazza
FL Bar No. 625566
RANDAZZA LEGAL GROUP, PLLC
600 N. Willow Ave., Suite 101
Tampa, Florida 33606
Tel: 888-887-1776
ecf@randazza.com

Andrew B. Greenlee
FL Bar No. 96365
Andrew B. Greenlee, P.A.
401 E 1st St. Unit 261
Sanford, FL 32772-7512
407-808-6411
andrew@andrewgreenleelaw.com

Carrie Goldberg
C.A. Goldberg, PLLC
16 Court Street, 33rd Floor
Brooklyn, NY 11241
Tel: (646) 666-8908
cagoldberglaw.com

*Attorneys for Plaintiff, Teena Foy*

>                           */s/ Christine E. Lamia*
>                           Christine E. Lamia