# Exhibit 2

Audio File

FCOR Commission Recording

**Filed manually with the Clerk's Office**