IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**TEENA FOY,**

    *Plaintiff*,

v.                                           Case No.: 4:24cv140-MW/MAF

**FLORIDA COMMISSION
ON OFFENDER REVIEW
et al.,**

    *Defendants*.

_____/

## ORDER SETTING DEADLINES FOR AMENDED PRELIMINARY INJUNCTION

The parties met for a telephonic scheduling conference on May 31, 2024. As discussed during the conference, this Order adopts the following schedule for the amended motion for preliminary injunction: The preliminary injunction hearing is scheduled for **9:00 AM on Friday, June 21, 2024**. Defendants' response to Plaintiff's motion is due on or before **Monday, June 10, 2024.** Plaintiff's reply is due by **noon on Monday, June 17, 2024.**

Additionally, the parties discussed whether a second hearing is needed, or whether they will rest on their papers, testimony from the prior hearing and exhibits. The parties were instructed to confer and file a status report notifying this Court

whether they wish to move forward with a hearing and, if so, which witnesses will testify **on or before Tuesday, June 18, 2024 at 4:00 PM**.

**SO ORDERED on May 31, 2024.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**